RECEIVED
IN MONROE, LA

OCT 15 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| TIMOTHY WELCH and VIRGINIA WELCH, | * CIVIL ACTION NO. 3:07-cv-01228 |
| Plaintiffs, | |
| VERSUS | * JUDGE JAMES |
| NEWELL RUBBERMAID, INC. d/b/a BERNZOMATIC, WORTHINGTON INDUSTRIES INCORPORATED, IRWIN INDUSTRIAL TOOL COMPANY, and TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, | * MAGISTRATE JUDGE HAYES |
| Defendants. | * JURY DEMAND |

JUDGMENT
~~ORDER~~

Considering the foregoing Voluntary Motion to Dismiss without Prejudice filed by plaintiffs Timothy Welch and Virginia Welch:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that all of plaintiffs' claims against defendant, Newell Rubbermaid, Inc. (improperly identified by plaintiffs as "Newell Rubbermaid Inc. d/b/a Bernzomatic"), in the above-captioned action be and are hereby dismissed, without prejudice, with each party to bear their own costs. All claims against all remaining defendants are reserved.

October 15, 2007

_____
JUDGE