

RECEIVED
IN MONROE, LA
FEB 8 - 2008
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | | |
|---|---|---|
| TIMMY WELCH AND VIRGINIA WELCH | * * * | NO. 07-1228 |
| VERSUS | * * | JUDGE ROBERT G. JAMES |
| NEWELL RUBBERMAID, INC. d/b/a BERNZOMATIC, WORTHINGTON INDUSTRIES INCORPORATED, IRWIN INDUSTRIAL TOOL COMPANY, AND TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA | * * * * * * * | MAGISTRATE JUDGE KAREN L. HAYES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### Judgment ~~ORDER~~

Considering the foregoing Joint Motion for Dismissal with Prejudice,

**IT IS HEREBY ORDERED** that Plaintiffs' Petition for Damages against Travelers Property Casualty Company of America, Newell Rubbermaid, Inc., (incorrectly designated in the Petition as "Newell Rubbermaid, Inc. d/b/a Bernzomatic"), Irwin Industrial Tool Company, and Worthington Industries (incorrectly designated in the Petition as "Worthington Industries, Incorporated") be and hereby is **GRANTED**, and that this action be and hereby is **DISMISSED WITH PREJUDICE**, each party to bear its own costs.

Monroe, Louisiana, this 8 day of February, 2008.

_____
DISTRICT COURT JUDGE

3